GRINNELL MUTUAL REINSURANCE COMPANY Respondent,

v.

Melinda ARENS, Appellant.

No. CX–91–924.

Supreme Court of Minnesota.

Jan. 21, 1992.

## ORDER

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the petition of Melinda Arens for further review, be, and the same is, granted and all proceedings on appeal are stayed pending final decision by this court of the appeals pending in *Brown v. Allstate Ins. Co.*, 481 N.W.2d 17; *In the Matter of the Arbitration Between Charboneau v. American Family Ins. Co.*, 481 N.W.2d 19.